JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUAN RAZO,

    Plaintiff,

vs.

VISTA METALS CORP.;
And DOES 1 through 100, Inclusive,

    Defendants

Case No. 2:19-cv-04102-AB-JPR

[Assigned for all purposes to the Hon. Andre Birotte Jr., Courtroom 7B]

**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE**
(Dkt. No. 19)

IT IS HEREBY ORDERED that case number 2:19-cv-04102-AB-JPR and all causes and actions contained therein shall be dismissed WITH PREJUDICE. Each party shall bear his or its own costs and attorney fees.

IT IS SO ORDERED.

Dated: December 16, 2019

_____
Honorable Andre Birotte, Jr.
United States District Judge

1